

**NUMBER 13-14-00492-CV**

**COURT OF APPEALS**

**THIRTEENTH DISTRICT OF TEXAS**

**CORPUS CHRISTI - EDINBURG**

**IN RE PENSION ADVISORY GROUP, INC. AND
PAUL D. HINSON**

**On Petition for Writ of Mandamus.**

## ORDER

**Before Chief Justice Valdez and Justices Garza and Longoria
Order Per Curiam**

Relators, Pension Advisory Group, Inc. and Paul D. Hinson, filed a petition for writ of mandamus in the above cause on September 2, 2014. Through this original proceeding, relators seek to: (1) compel the trial court to withdraw its order overruling relators' objections to and affirming an omnibus order issued by the special master, and (2) grant a de novo hearing and determination on the issues addressed by that order.

The Court requests that the real parties in interest, Fidelity Security Life Insurance Company and David Smith, or any others whose interest would be directly affected by the

relief sought, file a response to the petition for writ of mandamus on or before the expiration of seven days from the date of this order.  *See id.* R. 52.2, 52.4, 52.8.

IT IS SO ORDERED.

PER CURIAM

Delivered and filed the
4th day of September, 2014.